CATHOLIC CHARITIES OF THE DIOCESE OF ALBANY et al., Appellants, v GREGORY V. SERIO, as Superintendent of Insurance, Respondent.

Submitted June 19, 2006; decided June 29, 2006

Motion by American Jewish Committee et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

CATHOLIC CHARITIES OF THE DIOCESE OF ALBANY et al., Appellants, v GREGORY V. SERIO, as Superintendent of Insurance, Respondent.

Submitted June 19, 2006; decided June 29, 2006

Motion by New York District of the American College of Obstetricians and Gynecologists et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

CATHOLIC CHARITIES OF THE DIOCESE OF ALBANY et al., Appellants, v GREGORY V. SERIO, as Superintendent of Insurance, Respondent.

Submitted June 26, 2006; decided June 29, 2006

Motion by Becket Fund for Religious Liberty et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

ROBERT COLAVITO, Appellant, v NEW YORK ORGAN DONOR NETWORK, INC., et al., Respondents.

Submitted June 26, 2006; decided June 29, 2006

Motion by American Association of Tissue Banks et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.